AO 91 (Rev. 11/11) Criminal Complaint

<table>
<tr><td rowspan="2">

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

</td><td>

**FILED**
November 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Fidel Morales _____
DEPUTY

</td></tr>
</table>

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | |
| _____ Carlos Eduardo CHAVEZ-Lopez _____ | ) | **EP:25-M-06441-MAT** |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ November 19, 2025 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | when applying for admission into the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Complaint sworn to telephonically on
_____ November 20, 2025 _____ at _____ 02:00 PM _____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Erika K. Robles
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: _____ November 20, 2025 _____

_____
*Judge's signature*
Miguel A. Torres
UNITED STATES DISTRICT JUDGE

City and state: _____ El Paso, Texas _____

## FACTS

On or about November 19, 2025, the DEFENDANT, Carlos Eduardo CHAVEZ-Lopez, a native and citizen of Peru, applied for admission into the United States from Mexico via pedestrian primary at the Paso del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT applied for admission by presenting a State of Texas Driver's License bearing the name, date of birth and photograph of another, whose initials are R.A.G. and represented himself to be that person to primary Customs and Border Protection Officer (CBPO). During primary interview, the DEFENDANT identified himself as a United States citizen and stated that he was traveling back home to El Paso, Texas. CBPO asked the DEFENDANT where he was born to which the DEFENDANT stated Thomason Hospital in El Paso, Texas. CBPO asked the DEFENDANT if he was a United States citizen and if the documents that he presented belonged to him and the DEFENDANT replied "yes" to both questions. CBPO noticed crossing history discrepancies and referred the DEFENDANT into Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT provided his true name, date of birth and stated that he was a citizen of Peru to secondary CBPO.

DEFENDANT was served Form I-214 Warning as to Rights (Spanish Version) which he read, understood, signed and requested legal representation.

After further system queries it was discovered that the DEFENDANT was removed from the United States on or about June 12, 2025, from Harlingen, TX to Peru.

Database records checks indicate the DEFENDANT does not have any legal documents with which to enter, reside, or seek employment in the United States.

Database records indicate the DEFENDANT has not applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

## CRIMINAL RECORD

None can be established at this time.

## IMMIGRATION RECORD

On or about June 12, 2025, removed from Harlingen, TX to Peru.